IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. TOPPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00849-GBC (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S VOLUNTARY DISMISSAL<br><br>(ECF No. 9) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2011, Plaintiff filed a notice of voluntary dismissal. (ECF No. 9.) At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims without prejudice. See Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice of voluntary dismissal has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

　　　　Accordingly, the Clerk of Court is HEREBY ORDERED to close this case pursuant to Plaintiff's notice of voluntary dismissal filed September 16, 2011.

IT IS SO ORDERED.

Dated:　September 21, 2011　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE